UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| JUSTIN GLOVER MIDKIFF | ) CASE NO. 16-03273-RLM-13 |
| TIFFANY ALISON DUNCAN | ) |
| | ) |
| DEBTOR(S) | ) |

## MOTION TO ALLOW DEBTOR TO INCUR POST-PETITION MORTGAGE DEBT

Comes now the Debtor, Justin Glover Midkiff, by counsel, and moves the Court for an Order allowing him to incur a post-petition mortgage debt to purchase a new home, and in support whereof shows the Court as follows:

1. The Debtor(s) filed a Voluntary Petition seeking relief pursuant to Chapter 13 of the U.S. Bankruptcy Code on April 29, 2016.

2. The Debtor currently pays $800.00 per month in rent for an apartment and his projected mortgage payment (including taxes and insurance) would be $952.69 per month with a loan of $117,826.00 at 5. 25% interest (see attached Good Faith Estimate).

3. The Debtor has received a 3% increase in pay this past year, which allows him the necessary funds to pay the additional amount needed for the mortgage payment.

3. In accordance with the provisions both explicit and implicit in Section 1329 of Title 11 of the U.S. Code, this Court has the power to allow the Debtor to incur a post-petition mortgage debt.

4. Should neither the Chapter 13 Trustee nor any other interested party object to this request within the time provided for by law, the Debtor(s) asks that this request be granted without a necessity of a hearing.

WHEREFORE, the Debtor(s), by counsel, respectfully moves the Court for an Order allowing him to incur a post-petition mortgage debt to purchase a new home.

By: /s/ Andrew Sawin
Sawin & Shea LLC
Attorneys for Debtor(s)
6100 N KEYSTONE AVE STE 620
INDIANAPOLIS IN 46220-2430
ecf@sawinlaw.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on the following parties through the Court's Electronic Case Filing System:

U.S. Trustee

Ch 13 Trustee

Nations Lending Corporation
C/o Terry Michelle Smith
2711 LBJ Freeway Suite 335
Dallas, TX 75234

July 26, 2017                                                                  /s/ Andrew Sawin