# Itemized Fee Worksheet

(For Use with Service Providers and Investors)     Date: **06/21/2017**

The information provided below reflects estimates of the charges that are likely to be incurred at the settlement of this loan. The fees listed are estimates; some actual charges may be more or less. This transaction may not involve a fee for every item listed.

| Provided By:<br>**Nations Lending Corporation**<br>**2711 LBJ Freeway Suite 335 (NMLS 1419350)**<br>**Dallas, TX 75234**<br>**Terry Michelle Smith 817-403-7052** | Subject Property:<br>**tbd**<br>**Castleton, IN 46250** | Borrower(s):<br>**Justin Midkiff** |
|---|---|---|
| Loan Number: **307417055835** | Interest Rate: **5.250 %** | Type of Loan: **FHA** | Base Loan Amt: **115,800.00** |
| Loan Program: **Fixed Rate** | Term: **360** | Sales Price: **120,000.00** | Total Loan Amt: **117,826.00** |

## Estimated Closing Costs

**800. Items Payable in Connection with Loan**

| | | | |
|---|---|---|---|
| | Loan Origination Fees   % | $ | |
| | Application Fees | $ | |
| | Processing Fees | $ | |
| | Underwriting Fees | $ | |
| | Broker Fees | $ | |
| | Broker Compensation | $ | |
| A | **Commitment Fee to Nations Lending C** | $ | 1,995.00 |

802. Credit or Charge for Interest Rate

**803. Adjusted Origination Charges** $ 1,995.00

| 804. | P | Appraisal Fee to **Appraisal Manageme** | $ 500.00 | $ |
| 805. | | Credit Report to **CREDIT PLUS** | | $ 75.00 |
| 806. | | Tax Service to | | $ |
| 807. | A | Flood Certification **to CBCInnovis** | | $ 8.00 |
| 815. | | **Appraisal Reinspection Fee** | | $ |
| 816. | | **Appraisal Second Appraisal Fee** | | $ |

**1100. Title Charges**

| | | | |
|---|---|---|---|
| A | Tax Cert to Community National Title | $ | 75.00 |
| A | Overnight to Community National Titl | $ | 30.00 |
| A | Notary Fee to Community National Ti | $ | 250.00 |
| | Document Preparation Fee to Comm | $ | 200.00 |
| | to Community National Title | $ | |
| | to Community National Title | $ | |
| 1102. | Settlement or Closing Fee | $ | |
| 1103. | Owner's Title Insurance | $ | 1,000.00 |
| 1104. | Lender's Title Insurance | $ | 400.00 |
| 1109. | to Community National Title | $ | |
| 1110. | to Community National Title | $ | |
| 1111. | to Community National Title | $ | |
| 1112. | to Community National Title | $ | |
| 1113. | to Community National Title | $ | |
| 1114. | to Community National Title | $ | |
| 1115. | to Community National Title | $ | |
| 1116. | to Community National Title | $ | |

**1200. Government Recording and Transfer Charges**

| 1202. | Recording Fees | $ | 120.00 |
| 1203. | Transfer Taxes | $ | |
| 1204. | City/County Tax/Stamps | $ | |
| 1205. | State Tax/Stamps | $ | |

**1300. Additional Settlement Charges**

| 1302. | **Survey Fee** | $ | 378.00 |
| 1303. | **Subordination Fee** | $ | |
| 1304. | **Pest Inspection Fee** | $ | |
| 1308. | **Building Technology Safety Certificat** | $ | |

**Total Estimated Closing Costs** $ **4,831.00**

S – Paid by Seller            A – APR Affected by Cost
S/ – Split by Seller & Others    O – Paid by Other
B – Paid by Broker            P – Paid Outside Closing (POC)
L – Paid by Lender

Itemized Fee Worksheet ~ 12/2011 ~ Encompass360®

# Itemized Fee Worksheet

(For Use with Service Providers and Investors)

Date: **06/21/2017**

The information provided below reflects estimates of the charges that are likely to be incurred at the settlement of this loan. The fees listed are estimates; some actual charges may be more or less. This transaction may not involve a fee for every item listed.

| Provided By:<br>**Nations Lending Corporation**<br>**2711 LBJ Freeway Suite 335 (NMLS 1419350)**<br>**Dallas, TX 75234**<br>**Terry Michelle Smith 817-403-7052** | Subject Property:<br>**tbd**<br>**Castleton, IN 46250** | Borrower(s):<br>**Justin Midkiff** |
|---|---|---|
| Loan Number: **307417055835** | Interest Rate: **5.250 %** | Type of Loan: **FHA** | Base Loan Amt: **115,800.00** |
| Loan Program: **Fixed Rate** | Term: **360** | Sales Price: **120,000.00** | Total Loan Amt: **117,826.00** |

## Estimated Reserve/Prepaid Costs

| 900. Items Required by Lender to be Paid in Advance | | 1000. Reserves Deposited with Lender | |
|---|---|---|---|
| 901. A  Daily Interest  15 Days @ $ 16.95 | $ 254.25 | 1001. Initial Deposit into Escrow Account | $ 441.10 |
| 902. A  Mortgage Ins Premium to **Federal Ho** | $ 2,026.50 | 1002. Homeowner's Ins  2 mths @ $ 78.55 | $ 157.10 |
| 903. Homeowner's Insurance to | $ | 1003. Mortgage Ins  mths @ $ 81.50 | $ |
| 904. | $ | 1004. Property Taxes  2 mths @ $ 142.00 | $ 284.00 |
| 905. VA Funding Fee | $ | 1005. City Property Tax  mths @ $ | $ |
| 906. Flood Insurance | $ | 1006. Flood Reserve  mths @ $ | $ |
| 907. | $ | 1007.  mths @ $ | $ |
| 908. | $ | 1008.  mths @ $ | $ |
| 909. | $ | 1009.  mths @ $ | $ |
| 910. | $ | 1010 USDA Annual Fee  mths @ $ | $ |
| 911. | $ | 1011. Aggregate Adjustment | - $ |
| 912. | $ | **Total Estimated Reserve/Prepaid Costs** | $ 695.35 |

## Transaction Summary

| **Total Estimated Monthly Payment** | | **Total Estimated Funds Needed to Close** | |
|---|---|---|---|
| Principal and Interest | $ 650.64 | Purchase Price/Payoff | (+) $ 120,000.00 |
| Other Financing (P & I) | $ | Total Estimated Closing Costs | (+) $ 4,831.00 |
| Hazard Insurance | $ 78.55 | Total Estimated Reserve/Prepaid Costs | (+) $ 695.35 |
| Real Estate Taxes | $ 142.00 | Discounts (if borrower will pay) | (+) $ |
| Mortgage Insurance | $ 81.50 | FHA UFMIP/VA Funding Fee | (+) $ 2,026.50 |
| HOA Dues | $ | **Total Costs** (c) | $ 127,552.85 |
| Other | $ 0.00 | | |
| **Total Monthly Payment** | $ 952.69 | Loan Amount | (−) $ 115,800.00 |
| | | Non-Borrower Paid Closing Costs | (−) $ |
| **Closing Costs Summary** | | FHA UFMIP/VA Fee Financed | (−) $ 2,026.00 |
| **Borrower Paid Closing Costs** (a) | $ 8,052.85 | Total Lender Credit | (−) $ |
| SellerCredit | $ 5,600.00 | **Seller Credit** | (−) $ 5,600.00 |
| | $ | | (−) $ |
| | $ | | (−) $ |
| **LenderCredit** | $ | **Lender Credit** | (−) $ |
| **Total Non-Borrower Paid CC** (b) | $ | First Mortgage | (−) $ |
| **Total Lender Credit** | $ | Second Mortgage (Sub Financing) | (−) $ |
| **Total Closing Costs** (a + b) | $ 8,052.85 | Closing Costs from **2nd Lien** | (−) $ |
| | | **Total Credits** (d) | $ 123,426.00 |
| | | **Cash from borrower** (c − d) | $ 4,126.85 |

| **S** – Paid by Seller | **B** – Paid by Broker | **A** – APR Affected by Cost | **P** – Paid Outside Closing (POC) |
|---|---|---|---|
| **S/** – Split by Seller & Others | **L** – Paid by Lender | **O** – Paid by Other | |